# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DARRIUS GREEN,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | )   CIV-21-474-R |
| | ) |
| **S.R. GRANT, Warden,** | ) |
| | ) |
| **Respondent.** | ) |

## ORDER

Petitioner, a federal prisoner appearing *pro se*, filed this action pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus with regard to how the Bureau of Prisons is calculating his sentence. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On August 31, 2021, Judge Purcell issued a Report and Recommendation wherein he recommended that the Petition be denied. (Doc. No. 19). The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed therein nor has he sought an extension of time in which to file his objection. Accordingly, the Report and Recommendation is hereby ADOPTED and the Petition filed pursuant to 28 U.S.C. § 2241 is DENIED.

**IT IS SO ORDERED** this 28th day of September 2021.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE